UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GONZALEZ GONZALEZ,<br>            Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>            Defendant. | No. EDCV 12-303 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated August 31, 2012.

DATED: August 31, 2012

　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　 United States Magistrate Judge